JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.aicklen@lewisbrisbois.com
DAVID B. AVAKIAN
Nevada Bar No. 009502
David.avakian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
WESCO INSURANCE COMPANY d/b/a
AmTrust North America, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAUL LOPEZ NAJERA, an individual,<br><br>Plaintiff<br><br>vs.<br><br>WESCO INSURANCE COMPANY d/b/a AmTrust North America, Inc., a foreign corporation; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants | CASE NO.:   2:22-cv-00443-CDS-EJY<br><br>**GLOBAL STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

COME NOW, Plaintiff RAUL LOPEZ NAJERA by and through his counsel of record, the law firm of MICHAEL B. LEE, P.C.; Defendant WESCO INSURANCE COMPANY d/b/a AmTrust North America, Inc., by and through their counsel of record, LEWIS BRISBOIS BISGAARD & SMITH LLP hereby stipulate and agree that Plaintiff's Complaint, and any amendments in the above-entitled action against Defendants are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

4864-6434-2862.1

The parties further request the court to vacate the current trial date and all other future hearings.

| Dated this 27th day of February 2023 | Dated this 27th day of February, 2023 |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | **MICHAEL B. LEE, P.C.** |
| /s/ David B. Avakian | /s/ Michael B. Lee |
| JOSH COLE AICKLEN<br>Nevada Bar No. 007254<br>DAVID B. AVAKIAN<br>Nevada Bar No. 009502<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendant<br>WESCO INSURANCE COMPANY d/b/a<br>AmTrust North America, Inc. | MICHAEL B. LEE, ESQ.<br>MICHAEL MATTHIS, ESQ.<br>MICHAEL B. LEE, P.C.<br>1820 E. SAHARA AVENUE, SUITE 110<br>LAS VEGAS, NEVADA 89104<br>TEL: (702) 546-7055<br>FAX: (702) 825-4735<br>ATTORNEYS FOR PLAINTIFF<br>RAUL LOPEZ NAJERA |

## ORDER

Upon stipulation of the parties, by and through their respective counsel of record:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action against Defendants is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of Court is directed to close this case.

DATED: February 27, 2023

_____
UNITED STATES DISTRICT JUDGE

Submitted By:

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ David B. Avakian*
JOSH COLE AICKLEN
Nevada Bar No. 007254
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
WESCO INSURANCE COMPANY d/b/a
AmTrust North America, Inc.